

**IT IS ORDERED as set forth below:**

**Date: June 26, 2017**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| ) | |
| DAVID AND VERDA DICORTE ) | |
| REVOCABLE TRUST, ) | |
| ) | Case No. 16-60447-MGD |
| Debtor. ) | |

**ORDER APPROVING DISCLOSURE STATEMENT**

This matter came before this Court for hearing on June 22, 2017 (the "Hearing") on the *Debtor's Disclosure Statement,* [Doc. No. 45] (the "Disclosure Statement") filed by David and Verda Dicorte Revocable Trust ("Debtor") on May 11, 2017.

This Court entered its Order Granting Conditional Approval of Disclosure Statement and Notice of Assignment of Hearing Regarding Disclosure Statement, and for Confirmation of Plan of Reorganization (the "Conditional Order") on May 18, 2017 [Doc. No. 47].

1

At the Hearing, Howard Slomka, Esq. appeared on behalf of the Debtor, along with the trustee of the Debtor Karen Yore. No other parties appeared or filed any objections to the Disclosure Statement. The Court finds that he Disclosure Statement satisfies all requirements of the Code. Accordingly, it is hereby

**ORDERED** that the Disclosure Statement is approved as filed.

**IT IS FURTHER ORDERED** that Debtor's counsel shall serve a copy of this Order to all interested parties and file a certificate of service on the docket.

***END OF DOCUMENT***

**Prepared by**
*/s/ Howard P. Slomka*
Howard P. Slomka
Georgia Bar No. 652875
Slomka Law Firm
2nd Floor
1069 Spring Street, NW
Atlanta, GA 30309
678-732-0001
Fax : 888-259-6137
Email: howies@slomkalawfirm.com
*Counsel for Debtor*

**Distribution List:**

Howie Slomka, Slomka Law Firm, 2nd Floor, 1069 Spring Street, NW, Atlanta, GA 30309