UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| DAVID AND VERDA DICORTE | : | |
| REVOCABLE TRUST | : | CASE NO. 16-60447 MGD |
| | : | |
| | : | |
| Debtor | : | |

## APPLICATION FOR FINAL DECREE

COMES NOW Debtor David and Verda DiCorte Revocable Trust, (the "Applicant") and hereby files this Application for Final Decree and respectfully shows the Court as follows

1.

On June 5, 2016, Applicant filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). No Trustee has been appointed. Applicant continues to operate its business and manage its affairs as a debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

2.

Debtor filed a plan of reorganization (the "Plan") on May 10, 2017. The Court entered an Order Confirming Chapter 11 Plan on June 29, 2017 (Doc. 56).

3.

The Plan provided for certain payments to creditors. Plan payments have been made on a monthly basis since Plan confirmation and all are up to date as of the date hereof. Debtor is also up to date with its quarterly payments to the U.S. Trustee.

4.

Accordingly, the Plan has been substantially consummated.

5.

All motions, contested matters, and adversary proceedings have been finally resolved.

6.

The Debtor requests that the Court make appropriate provision in its Order closing the Case to allow any party in interest to file an objection to such closure. Barring any timely objections, the Order shall restrain all creditors and claimants from commencing or continuing any suit or other proceeding against Debtor or his assets which any creditor or claimant had against Debtor or any of his assets at the time of filing the Petition, other than claims, rights or interests arising out of the confirmed Plan or orders of this Court.

WHEREFORE Counsel requests:

i. that the Court enter a Final Decree and close the above-captioned case; and

ii that the Court retain jurisdiction to enter a discharge Order and reopen the case for that limited purpose without Debtor paying a fee to reopen the case solely for the purpose of entry of a discharge Order upon completion of all Plan payments.

iii. that the Court order such further relief as is deemed proper.

Respectfully Submitted, this 20th day of September, 2017

                              Debtor in Possession, by
                              SLIPAKOFF & SLOMKA, PC

                              By:  /s/ Howard P. Slomka, Esquire
                              Howard P. Slomka, Esquire
                              Georgia Bar No. 652875
                              2859 Paces Ferry Road, SE
                              Suite 1700
                              (404)800-4017 (telephone)
                              HS@myATLlaw.com (e-mail)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DAVID AND VERDA DICORTE | ) | |
| REVOCABLE TRUST | ) | CASE NO. 16-60447 MGD |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Application for Final Decree in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

US Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

SEE ATTACHED FOR ADDITIONAL PARTIES

DATE: September 20, 2017

By: _____/s/_____
Howard P. Slomka, Esquire
Georgia Bar No. 652875
2859 Paces Ferry Road, SE
Suite 1700
(404)800-4017 (telephone)
HS@myATLlaw.com (e-mail)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 16-60447-mgd<br>Northern District of Georgia<br>Atlanta<br>Thu Sep 21 14:20:24 EDT 2017 | Eric J. Breithaupt<br>Stites & Harbison, PLLC<br>2800 Suntrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3201 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA. 19101-7346 |
| David and Verda DiCorte Revocable Trust<br>931 Monroe Drive<br>#A-102319<br>Atlanta, GA 30308-1793 | Greenwich Investors XLIC Trust 2015-1<br>c/o WMD Asset Management LLC<br>6279 Dupont Station Court<br>Jacksonville, FL 32217-2567 | Greenwich Investors XLIX REO, LLC<br>Stites & Harbison, PLLC<br>Attn: Melissa J. Davey<br>303 Peachtree Street NE, 28th Floor<br>Atlanta, GA 30308-3271 |
| Greenwich Investors XLIX REO, LLC<br>c/o Prinsbank Attn: Joe Ulferts<br>508 Third Street, P.O. Box 38<br>Prinsburg, MN 56281-0038 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Vivieon E. Kelley<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | James H. Morawetz<br>Office of U.S. Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | Pasco County Board of County Commissioners<br>8731 Citizens Drive<br>Pasco County Government Center<br>Suite 340<br>New Port Richey, FL 34654-5572 |
| Pasco County Solid Waster Department<br>7536 State Street<br>#118<br>New Port Richey, Florida 34654-5528 | Pasco County Tax Collector<br>PO Box 276<br>Dade City, Florida 33526-0276 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 |
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | U. S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 |
| Karen Hope Yore<br># A-102319<br>931 Monroe Drive<br>Atlanta, GA 30308-1793 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Greenwich Investors XLIX Trust 2015-1 | (u)Guy G. Gebhardt, USTR | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     2<br>Total                  20 |