B25C (Official Form 25C) (12/08)

# United States Bankruptcy Court
## Northern District of Georgia

In re __David and Verda DiCorte Revocable Trust__         Case No. __16-60447__
                                     Debtor(s)            Chapter __11__

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: Sept 2017
Line of Business: Business Trust

Date Filed: 10/16/17
NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ [signature]_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

__David and Verda DiCorte Revocable Trust__
PRINTED NAME OF RESPONSIBLE PARTY

**QUESTIONNAIRE:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ N/A | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☒ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☒

B25C (Official Form 25C) (12/08) - Cont.

2

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 7,040.37

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 17,588.62

Cash on Hand at End of Month $ 17,648.15

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** $ 17,648.15

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 6,980.84

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 7,040.37

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 6,980.84

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** $ 59.53

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0

*(Exhibit E)*

B25C (Official Form 25C) (12/08) - Cont.                                                                3

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 7,000.00 | $ 7,040.37 | $ 40.37 |
| EXPENSES | $ 6,000.00 | $ 6,980.84 | $ -980.84 |
| CASH PROFIT | $ 1,000.00 | $ 59.53 | $ -940.47 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ 7000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ 6500.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ 500.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

EXHIBIT B

09/28   DEPOSIT                                $ 7,040.37

    RENT FROM LITTLE   $ 1,323.32

    RENT FROM LITTLE

        $1,177.00

    REIMB FOR ELECTRIC

        $ 146.32

    RENT FROM GRAND    $ 1,605.00

    SIGNAGE             $ 300.00

    SIGNAGE  BONUS

        $ 201.05

    ADDITIONAL BAY

        $ 300.00

ADDITIONAL RENT FROM
LITTLE ROAD STORAGE        $ 3,311.00

# EXHIBIT C

# SEPTEMBER 2017

# ACCOUNT # 1000197654493 -- DIP ACCOUNT SUNTRUST BANK

| Date | Check # | Amount | Payee |
|---|---|---|---|
| 09/01/2017 | 5325 | $ 319.00 | BOCC |
| 09/01/2017 | 5326 | $ 387.00 | PASCO COUNTY TAX COLLECTOR |
| 09/01/2017 | 5327 | $ 200.00 | PASCO COUNTY TAX COLLECTOR |
| 09/01/2017 | 5328 | $ 5,064.00 | GREENWICH INVESTORS, XLIV |
| 09/01/2017 | 5329 | $ 500.00 | GREENWICH INVESTORS, XLIV |
| 09/01/2017 | 5330 | $ 234.00 | FLORIDA DEPT OF REVENUE |
| 09/05/2017 | 5331 | $ 146.32 | WITHLACOOCHEE ELECTRIC |
| 09/07/2017 | ACH | $ 34.00 | REPUBLIC SERVICES/GARBAGE |
| 09/14/2017 | 5350 | $ 96.52 | US DEPARTMENT OF TREASURY |

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 3
36/E00/0175/0/11
1000197654493
09/30/2017
0000



# Account Statement

DAVID & VERDA DICORTE REVOCABL TRUST DIP
DEBTOR IN POSSESSION OPERATING ACCT
CASE # 16-60447-MGD
931 MONROE DR NE
#A-102319
ATLANTA GA 30308-1793

Questions? Please call
1-800-786-8787

---

Get more out of your SunTrust relationship.
Now is your chance to see what's different when you work with SunTrust for your merchant services needs. SunTrust Merchant Services can help you focus on your customers, employees and bottom line. Best of all, with your existing checking account and merchant services all in one place, you may simplify your day, which could save you time and money. For more information call 866.958.6211 or visit suntrustmerchantservices.com.

---

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 1000197654493 | 09/01/2017 - 09/30/2017 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $17,588.62 | Average Balance | $14,048.41 |
| Deposits/Credits | $7,040.37 | Average Collected Balance | $13,813.74 |
| Checks | $6,946.84 | Number of Days in Statement Period | 30 |
| Withdrawals/Debits | $34.00 | | |
| Ending Balance | $17,648.15 | | |

## Deposits/Credits

| Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|
| 09/28 | 7,040.37 | | DEPOSIT | | | | |

Deposits/Credits: 1    Total Items Deposited: 3

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 5325 | 319.00 | 09/25 | 5328 | 5,064.00 | 09/11 | 5331 | 146.32 | 09/13 |
| 5326 | 387.00 | 09/20 | 5329 | 500.00 | 09/11 | *5350 | 96.52 | 09/26 |
| 5327 | 200.00 | 09/20 | 5330 | 234.00 | 09/15 | | | |

Checks: 8
* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 09/07 | 34.00 | | ELECTRONIC/ACH DEBIT<br>REPUBLICSERVICES   RSIBILLPAY  307621019389 |

Withdrawals/Debits: 1

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 09/01 | 17,588.62 | 17,588.62 | 09/20 | 11,023.30 | 11,023.30 |
| 09/07 | 17,554.62 | 17,554.62 | 09/25 | 10,704.30 | 10,704.30 |
| 09/11 | 11,990.62 | 11,990.62 | 09/26 | 10,607.78 | 10,607.78 |
| 09/13 | 11,844.30 | 11,844.30 | 09/28 | 17,648.15 | 10,608.15 |
| 09/15 | 11,610.30 | 11,610.30 | 09/29 | 17,648.15 | 17,648.15 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 3
36/E00/0175/0/11
1000197654493
09/30/2017



# Account Statement



| Ck # 5325 | 09/25 | $319.00 |
| Ck # 5326 | 09/20 | $387.00 |
| Ck # 5327 | 09/20 | $200.00 |
| Ck # 5328 | 09/11 | $5,064.00 |



| Ck # 5329 | 09/11 | $500.00 |
| Ck # 5330 | 09/15 | $234.00 |
| Ck # 5331 | 09/13 | $146.32 |



Ck # 5350   09/26   $96.52

172701                                Member FDIC