**IT IS ORDERED as set forth below:**

**Date: December 15, 2017**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DAVID AND VERDA DICORTE REVOCABLE TRUST | ) ) | CASE NO. 16-60447-MGD |
| | ) | |
| Debtor. | ) | |

==========================================================================

**ORDER GRANTING**
**DEBTOR'S APPLICATION FOR FINAL DECREE**

Before the Court is Debtor's Application for Final decree filed September 21, 2017 (Doc. No. 66) (the "Application").

It appears the Application has been properly served and no party in interest has filed an objection. Debtor has filed its monthly and quarterly operating reports, is paying all creditors in accordance with the confirmed plan of reorganization, and is current with its quarterly payments to the US Trustee. Debtor has filed its Final Administrative Report in accordance with BLR 3022-1,

3

and the court has approved Debtor's counsel attorneys fees in its Order dated November 29, 2917 (Doc. No. 70). No issues of jurisdiction have been raised, the relief requested is appropriate, and the United States Trustee has indicated his consent the Application and to this Order. Accordingly, it is

    ORDERED that:

(1)     Debtor's Application is GRANTED; and

(2)     The provisions of Debtor's Plan are and continue to be binding on Debtor, its creditors and equity security holders, and any other parties in interest, whether or not such claim or interest was impaired by the Plan and whether or not such creditors or equity holders or partied in interest accepted the Plan; and

(3)     The Court shall retain jurisdiction to enter a discharge Order and reopen the case for that limited purpose without Debtor's paying a fee to reopen the case solely for the purpose of entry of a discharge Order upon completion of all Plan payments.

(4)     Debtor's above styled case is hereby CLOSED.

(5)     Debtor's counsel shall serve a copy of this Order on (a) the Office of the United States Trustee; (b) all secured and unsecured creditors in the case and their counsel; and (c) any other parties or entities requesting service.

[END OF ORDER]

Draft prepared and submitted by:

Debtor in Possession, by
SLIPAKOFF & SLOMKA, PC

By:___/s/_____
Howard P. Slomka, Esquire
Georgia Bar No. 652875
2875 Paces Ferry Rd, SE, Suite 1700
Atlanta, Georgia 30339
(404) 800-4014 (telephone)
hs@myatllaw.com (e-mail)

Not opposed by:

By:____/s_____
With Express Consent
Lindsay P. S. Kolba
GA Bar 541621
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
(404) 331-4437

3

## **Distribution List**

Eric J. Breithaupt
Stites & Harbison, PLLC
2800 Suntrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3201

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA. 19101-7346

David and Verda DiCorte Revocable Trust
931 Monroe Drive
#A-102319
Atlanta, GA 30308-1793

Greenwich Investors XLIC Trust 2015-1
c/o WMD Asset Management LLC
6279 Dupont Station Court
Jacksonville, FL 32217-2567

Greenwich Investors XLIX REO, LLC
Stites & Harbison, PLLC
Attn: Melissa J. Davey
303 Peachtree Street NE, 28th Floor
Atlanta, GA 30308-3271

Greenwich Investors XLIX REO, LLC
c/o Prinsbank Attn: Joe Ulferts
508 Third Street, P.O. Box 38
Prinsburg, MN 56281-0038

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Vivieon E. Kelley
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

Pasco County Board of County Commissioners
8731 Citizens Drive
Pasco County Government Center
Suite 340
New Port Richey, FL 34654-5572

Pasco County Solid Waster Department
7536 State Street
#118
New Port Richey, Florida 34654-5528

Pasco County Tax Collector
PO Box 276
Dade City, Florida 33526-0276

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382